IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| Roger & Sons Construction, Inc | **)** | |
| | ) | Case No.  *09-21594* |
| DIP/Debtor. | ) | |

Certificate of Service Monthly Report

I, Kenneth A. Manning, Attorney for DIP/Debtor, hereby certify that a true and complete copy of the Monthly Operating Reports for months ending in ***January 2011*** copies of which are attached hereto, was served upon the following individuals on the 17th day of February 2011

Electronic Notice on:

Office of the U.S. Trustee
5th Floor, One Michiana Square
100 East Wayne Street
South Bend, IN 46601

Dated: 2-17-2011


/s/ Kenneth A. Manning
Kenneth A. Manning

U. S Trustee Basic Monthly Operating Report

| | | | | | |
|---|---|---|---|---|---|
| Case Name: | Roger and Sons Construction Inc | Date Case Filed: | 4/27/2009 | 13 | April-10 |
| | | | | 14 | May-10 |
| Case Number: | 09-21594 | Month Case Filed: | April-09 | 15 | June-10 |
| | | | | 16 | July-10 |
| | | | | 17 | August-10 |
| | | For Month: | Jan-11 | 18 | September-10 |
| | | Enter month # | 20 | 19 | October-10 |
| | | | | 20 | November-10 |
| | | | | 21 | December-10 |
| | | | | 22 | January-11 |
| | | | | 23 | February-11 |
| | | | | 24 | March-11 |

Managing Shareholder/Member:
(signed)

Nancy E. Martinez - Assistant Vice President
(printed)

**OFFICE OF THE U. S. TRUSTEE    REGION 10**

**Post Petition Taxes Record**

Case Name: Roger and Sons Construction Inc
Case #: 09-21594

| | | Current Month Taxes | Amount Paid | Balance Due | Post Petition Taxes YTD | Post Petition Paid YTD | Post Petition Unpaid YTD | |
|---|---|---|---|---|---|---|---|---|
| Federal Employment Taxes (form 941) 2015 | 2015 | $47,134.54 | $39,325.69 | $15,688.88 | $565,156.27 | $549,467.39 | $15,688.88 | OK |
| Federal Unemploymnet Taxes (form 940) 2016 | PrePetition | | | $0.00 | $0.00 | $0.00 | $0.00 | |
| | PostPetition | $226.78 | $0.00 | $467.11 | $3,805.85 | $3,338.74 | $467.11 | |
| State Withholding Taxes | 9144 IN | $5,367.97 | $5,474.95 | $5,367.97 | $61,061.50 | $55,693.53 | $5,367.97 | OK |
| | 9144-PORTER CO IN | $70.21 | $49.35 | $70.21 | $1,209.43 | $1,139.22 | $70.21 | OK |
| | 9144-LAPORTE CO IN | $0.00 | $0.00 | $0.00 | $64.56 | $64.56 | $0.00 | OK |
| | 9125 IL | $982.28 | $766.48 | $982.28 | $6,686.17 | $5,703.89 | $982.28 | OK |
| State Unemployment Taxes | 9145 IN | $14,769.29 | $3,254.13 | $14,769.29 | $40,728.27 | $25,958.98 | $14,769.29 | OK |
| 9145 IN, 9126 IL | 9126 IL | $2,058.84 | $0.00 | $2,058.84 | $4,063.50 | $2,004.66 | $2,058.84 | OK |
| State Sales Tax | n/a | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| TOTAL | | $70,609.91 | $48,870.60 | $39,404.58 | $682,775.55 | $643,370.97 | $39,404.58 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| adj july 2010 employees met cei | 2016 | $1,064.94 | PD 1ST QUARTER 2010 04-29-10 | adj | -1676.19 | ceiling met | |
| | 9144 in | $2,531.39 | PD MARCH 2010 4-19-10 | | | | |
| | 9144 porter co | $21.07 | PD MARCH 2010 4-19-10 | | | | |
| | 9144 laporte co | $368.84 | PD MARCH 2010 4-15-10 | | | | |
| | 9145 in | $6,375.47 | PD 1ST QUARTER 2010 4-27-10 | adj | -9988.21 adj | -16.66 | ceiling met |
| | 9126 IL | $1,382.29 | PD 1ST QUARTER 2010 4-27-10 | adj | -2378.14 | | |

**OFFICE OF THE U. S. TRUSTEE   REGION 10**

2010

Statement of Receipts and Cash Disbursements

Case Name: Roger and Sons Construction Inc
Case Number: 09-21594
Petition Month April 2009

| STATEMENT OF CASH FLOW | | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 ** | Nov-10 | Dec-10 | Jan-11 | Feb-10 | Mar-10 | YTD 2010-2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Cash | $63,253 | $73,823 | $116,252 | ($163,357) | $108,005 | $13,199 | $245,486 | $323,701 | $411,131 | $318,484 | $324,896 | $324,896 | 324896.28 |
| CASH RECEIPTS | | | | | | | | | | | | | | |
| | Cash Receipts/Sales | | | | | | | | | | | | | 0.00 |
| | Collection Pre-Petition A/R | | $0 | $0 | $49,266 | $0 | $0 | $0 | $0 | $0 | | | | 49266.49 |
| | Collection Post-Petition A/R | $223,268 | $291,555 | $284,224 | $719,369 | $173,083 | $570,282 | $489,421 | $403,432 | $231,107 | $277,660 | $0 | $0 | 3663401.22 |
| | Loans | | | | | | | | | | | | | 0.00 |
| | Contributions of Capital | | | | | | | | | | | | | 0.00 |
| | **Other Income/Reimbursements** | $210 | $2 | $0 | $0 | $630 | $0 | $20,658 | $100 | $11 | $134 | $0 | $0 | 21745.94 |
| | TOTAL RECEIPTS | $223,478 | $291,557 | $284,224 | $768,635 | $173,713 | $570,282 | $510,079 | $403,532 | $231,118 | $277,794 | $0 | $0 | 3734413.65 |
| CASH DISBURSEMENTS | | | | | | | | | | | | | | |
| | Inventory Purchases | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00 |
| | Net to Officers/Owners | $8,991 | $7,200 | $7,220 | $9,226 | $7,342 | $7,285 | $9,255 | $7,388 | $13,292 | $8,978 | $0 | $0 | 86176.90 |
| | Net to Other Employees | $94,610 | $101,349 | $302,571 | $150,322 | $94,633 | $160,483 | $177,630 | $77,762 | $128,406 | $138,334 | $0 | $0 | 1426099.59 |
| | Rent Payments | $4,902 | $4,902 | $4,902 | $4,902 | $4,902 | $4,902 | $4,902 | $4,902 | $4,902 | $4,902 | $0 | $0 | 49017.48 |
| | Lease Payments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00 |
| | Mortgage Payments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00 |
| | Adequate Protection Payments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00 |
| | Insurance | $5,135 | $5,135 | $9,301 | $8,644 | $8,759 | $8,750 | $8,628 | $8,836 | $8,750 | $3,728 | $0 | $0 | 75664.74 |
| | Utilities/Phone | $3,327 | $1,765 | $2,041 | $2,429 | $2,359 | $2,820 | $2,835 | $2,087 | $3,005 | $3,494 | $0 | $0 | 26161.95 |
| | Tax Payments | $37,781 | $37,860 | $149,760 | $92,713 | $41,027 | $75,357 | $72,128 | $44,657 | $54,816 | $48,871 | $0 | $0 | 654968.81 |
| | Supplies (Direct Cost to Job) | $2,409 | $12,642 | $26,173 | $4,382 | $12,107 | $24,640 | $26,768 | $2,553 | $1,301 | $1,753 | $0 | $0 | 114727.39 |
| | Outside Labor | $3,219 | $135 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 3353.64 |
| | Travel/Entertainment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00 |
| | Payment to Attorneys | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | 0.00 |
| | Payment to Accountants | $0 | $0 | $0 | $0 | $0 | $4,080 | $1,700 | $0 | $0 | $0 | $0 | $0 | 5780.00 |
| | Payment to Other Prof. | $3,320 | $2,984 | $2,138 | $2,652 | $3,222 | $4,037 | $4,722 | $3,995 | $0 | $250 | $0 | $0 | 27318.82 |
| | U.S. Trustee Quarterly Fee | $1,950 | $0 | $0 | $0 | $1,950 | $7,498 | $1,927 | $0 | $4,554 | $6,496 | $0 | $0 | 24375.43 |
| | Other Expense | $47,266 | $75,156 | $59,728 | $222,004 | $92,219 | $38,143 | $121,369 | $163,924 | $104,740 | $54,577 | $0 | $0 | 979125.62 |
| | TOTAL DISBURSEMENTS | $212,909 | $249,127 | $563,834 | $497,274 | $268,519 | $337,995 | $431,864 | $316,102 | $323,765 | $271,382 | $0 | $0 | 3472770.37 |
| NET CASH FLOW | | $10,570 | $42,430 | ($279,610) | $271,362 | ($94,806) | $232,287 | $78,215 | $87,429 | ($92,647) | $6,412 | $0 | $0 | 261643.28 |
| | ADJUSTMENT | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 | $0 | 0.00 |
| | ENDING CASH BALANCE | $73,823 | $116,252 | ($163,357) | $108,005 | $13,199 | $245,486 | $323,701 | $411,131 | $318,484 | $324,896 | $324,896 | $324,896 | 586539.56 |
| PROFIT & LOSS STATEMENT | | | | | | | | | | | | | | |
| | Gross Receipts or Sales | $212,660 | $296,881 | $981,764 | $320,107 | $299,765 | $506,872 | $365,574 | $200,847 | $328,790 | $442,960 | $0 | $0 | $3,956,218 |
| | Cost of Goods Sold | $172,965 | $230,097 | $758,468 | $240,659 | $263,143 | $381,591 | $280,980 | $185,640 | $233,404 | $278,739 | $0 | $0 | $3,025,686 |
| | Other Income | $210 | $0 | $0 | $0 | $2 | $0 | $0 | $0 | $11 | $0 | | | $224 |
| | TOTAL INCOME | $39,905 | $66,785 | $223,296 | $79,448 | $36,624 | $125,281 | $84,593 | $15,207 | $95,397 | $164,220 | $0 | $0 | $930,756 |
| | TOTAL EXPENSES | $37,934 | $18,258 | $14,601 | $36,083 | $47,628 | $46,064 | $40,720 | $57,706 | $41,562 | $54,196 | | | $394,753 |
| | NET PROFIT(LOSS) | $1,971 | $48,527 | $208,695 | $43,365 | ($11,004) | $79,216 | $43,873 | ($42,499) | $53,836 | $110,024 | $0 | $0 | $536,004 |

| 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | 2010 | 2010 | 2010 | 2010 | 2010 | 2010 | 2010 | 2010 | 2011 | 2011 | 2011 |

**OFFICE OF THE U.S TRUSTEE     REGION 10**

**Exhibit E   Unpaid Bills (Since Case Filed)**

| POST PETITION ACCOUNTS PAYABLE | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 ** | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Less than 30 Days | $29,352 | $24,093 | $43,525 | $15,958 | $18,438 | $33,877 | $38,501 | $25,080 | $83,282 | $125,480 | | | | |
| 31- 60 Days Due | $28,986 | $7,869 | $6,213 | $15,753 | $3,152 | $3,602 | $11,332 | $2,827 | $1,560 | $2 | | | | |
| 61-90 Days Due | $5,901 | $20,578 | $7,869 | $1 | $12,236 | $3,099 | $671 | $1,180 | $1,127 | $0 | | | | |
| 90 Days and Greater Due | $76,859 | $23,754 | $26,599 | $22,269 | $22,194 | $34,430 | $10,668 | $10,380 | $11,580 | $10,956 | | | | |
| AGED ACCOUNTS PAYABLE | $141,098 | $76,294 | $84,206 | $53,982 | $56,021 | $75,007 | $61,171 | $39,468 | $97,550 | $136,438 | $0 | $0 | $0 | $0 |

**For payables received with regard to pre-petition debts such as eqmt, credit cards, rents, etc.; since the cash
collateral agreement does not include said items; do we continue to book into our AP system for proper record
purposes and continue to release payments to only the items depicted in the cash collateral agmt?
response: continue to book the monthly payment due

| | | |
|---|---|---|
| ** | **Note for August:** | **We received a credit for Insurance Premium leaving us a balance** |
| | | **of -$42,337.00 on current and future installments that do not reflect on August Payables** |
| ** | Note for Sept | Our insurance credit balance is :  -56,776 does not reflect in Sept payables |
| ** | note for dec 2009 thru current | Our insurance credit balance is: $-17,405. does not reflect in payables |
| **** | Note for May 2010  Rough Terrain Crane was repossessed by Wells Fargo and is being stored at Chicago Machinery Co. 3142 Lincoln Highway Lynwood, IL 60411-7728 |
| | Wells Fargo Note does not appear in payables from here forward |
| ***** | Note for Oct 2010 we received the credit balance in a form of a check from Braman Ins Agency in the amount of  $20,658 |
| ****** | Note for Dec 2010 less than 30 days includes dec 2010 benefits FROM NOW ON |

OFFICE OF THE U. S. TRUSTEE   REGION 10

Exhibit E    Money Owed To Business

| MONTH | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Jan-11 | Feb-11 | Mar-11 | Apr-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGED RECEIVABLES | | | | | | | | | | | | | |
| PRE-PETITION | $64,600 | $64,600 | $64,600 | $12,576 | $12,576 | $12,576 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| POST-PETITION | | | | | | | | | | | | | |
| 0 - 29 Days | $191,437 | $271,619 | $1,103,020 | $311,884 | $294,272 | $508,079 | $382,060 | $181,477 | $329,292 | $442,960 | | | |
| 30 - 59 Days | $106,604 | $24,273 | $18,930 | $267,641 | $216,945 | $93,910 | $78,914 | $114,004 | $57,450 | $98,383 | | | |
| 60 - 89 Days | ($2,815) | ($4,284) | $8,518 | $11,849 | $215,530 | $6,196 | $55,461 | $18,368 | $18,682 | $11,714 | | | |
| 90 or More Days | $80,055 | $76,314 | $76,314 | $75,751 | $66,675 | $121,826 | $112,440 | $112,440 | $122,575 | $136,710 | | | |
| | $375,281 | $367,921 | $1,206,782 | $667,125 | $793,421 | $730,011 | $628,874 | $426,290 | $527,998 | $689,767 | $0 | $0 | $0 |
| GRAND TOTAL RECEIVABLES | $439,881 | $432,522 | $1,271,382 | $679,701 | $805,997 | $742,587 | $628,874 | $426,290 | $527,998 | $689,767 | $0 | $0 | $0 |

\*\*\* PREPETITION
NOTE FOR FEB 2010   The following AR accounts are deemed uncollectable and will be written off FYE 03/2010.  Liens have been placed on them.

| | |
|---|---|
| berglund | $ 75,910.00 |
| focus | $ 82,131.00 |
| arthington | $ 32,177.00 |
| | $ 190,218.00 |

\*\*\* PREPETITION
NOTE FOR OCT 2010   The following AR account was deemed uncollectable and will be written off FYE 03/2011.

LaFarge        $ 12,575.90

**OFFICE OF THE U. S. TRUSTEE    REGION 10**

**Comparison of Actual to Budgeted Projection**

**Case Name:** Roger and Sons Construction Inc    **Case Number:** 09-21594

|  | Current Month | Budgeted for Month | Difference | Actual YTD | Budgeted YTD | Difference YTD |
|---|---|---|---|---|---|---|
| Gross Income for Month: | $442,960.00 (from Cash detail) | $222,982.36 (from projection) | $219,977.64 | $3,315,979.00 | $1,744,192.19 | $1,571,786.81 |
| Expenses Paid for Month: | $271,382.00 (from Cash detail) | $219,729.38 | $51,652.62 | $3,472,771.00 | $1,743,339.76 | $1,729,431.24 |
| Net Cash Flow: | $6,412.00 | $3,252.98 | $3,159.02 | ($150,380.00) | $4,105.41 | ($157,644.43) |
| Cash Balance End of Month: | $324,896.00 | $100,000.00 (from projection) | $224,896.00 | $1,771,621.46 | $1,000,000.00 | $771,621.46 |

\*\* New Budget Approval from Bank of America
Nov 2010-through March 2011